# Court of Appeals
# of the State of Georgia

ATLANTA,____June 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1703.  ARNOLD v. THE STATE.**

This case was docketed in this court on May 5, 2015. Appellant's enumerations of error and brief were due to be filed on or before May 26, 2015. As of this date said brief and enumerations of error have not been filed; and appellant has not requested an extension of time to file. Therefore, appellee's motion to dismiss this appeal is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/30/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*